IN RE: GATTI, FRANK                    CASE NO. 99-10541

---

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

109
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
GATTI, FRANK, GATTI, CASANDRA (99-10541 B)
92002937372666
Stale check

TID # 380220

Date 11/19/2010

$ *******6,939.23

~~~Six Thousand Nine Hundred Thirty-Nine Dollars and 23/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000109⑈ ⑆043302493⑆ 92002937372666⑈

11/22/10
DEPOSITED TO TREASURY
UNCLAIMED 6047BK.
DUE: CHASE MANHATTAN BANK

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227908    -- JN
* * C O P Y * *
November 22, 2010
15:35:13

TREASURY REGFUND
99-10541
Debtor.: FRANK ROSS GATTI
Trustee: Aaron Caillouet
Amount.:         $6,939.23 CH
Check#.: 109

Total-> $6,939.23

FROM: CAILLOUET

# AARON CAILLOUET

### BANKRUPTCY TRUSTEE

401 MENARD STREET                                                                                                         TELEPHONE: (985) 446-1284
THIBODAUX, LOUISIANA 70301                                                                                  EMAIL: aarontr@charter.net

November 19, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

                        RE: Unclaimed Funds
                        U.S.B.C. No. 99-10541
                        Gatti, Frank

Enclosed please find check #109 in the amount of $6,939.23 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay claim #3 to:

    Chase Manhattan Bank, USA, NA
    100 Duffy Avenue
    Hicksville, NY 11801

                                    Sincerely,

                                    Aaron Caillouet, Trustee

AC/sfc

